IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAMELA J. NORTON,                        )
                                         )
                Plaintiff,               )           4:10CV3244
                                         )
        v.                               )
                                         )
MICHAEL J. ASTRUE, Commissioner          )           ORDER
of Social Security Administration,       )
                                         )
                Defendant.               )
_____         )


        This matter is before the court on the motion for leave to proceed in forma pauperis, Filing No. 2.  After reviewing the file, the court is of the opinion that this case should not have been opened as a new case.  This is actually a motion to appeal this court's judgment, Filing No. 23, entered October 21, 2010, in case number 8:09CV3100, to the Eighth Circuit Court of Appeals.   Accordingly, the court will order the Clerk of Court to close this case and to file all pleadings in this case in *Norton v. Astrue*, 8:09CV3100.

        IT IS ORDERED that the clerk of court shall close case number 4:10CV3244 and file all pleadings in case number 8:09CV3100.

        DATED this 27th day of December, 2010.

                                BY THE COURT:


                                s/ Joseph F. Bataillon
                                Chief United States District Judge